NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRAGMATUS TELECOM LLC,**
*Plaintiff - Appellee*

v.

**NEWEGG INC.,**
*Defendant - Appellant*

---

14-1777

---

Appeal from the United States District Court for the District of Delaware in case no. 1:12-cv-01533-RGA Judge Richard G. Andrews

---

ON MOTION

O R D E R

Upon consideration of the Appellant's, Newegg Inc., unopposed motion to extend time to file reply brief until January 08, 2015,

IT IS ORDERED THAT:

The motion is granted.

           FOR THE COURT

December 16, 2014      /s/ Daniel E. O'Toole
               Daniel E. O'Toole
               Clerk of Court